NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brigitte Laneau,<br><br>                     Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, *et al.*,<br><br>                     Defendants. | No. CV-16-01066-PHX-JJT<br><br>**ORDER** |

Upon review of the Stipulation for Dismissal With Prejudice (Doc. 25), filed by Plaintiff and Defendant Trans Union, LLC, only, and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 25). The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union, LLC, only, the parties to bear their own costs and attorneys' fees.  Trans Union, LLC being the last remaining defendant in this matter, the Clerk of the Court shall close the matter.

Dated this 19th day of October, 2016.

_____
Honorable John J. Tuchi
United States District Judge